DOCKET NO. 676 -- In re Ship Asbestos Products Liability Litigation (No. III)

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- Pltf. Diana E. Shaffer (A-1 & A-2) -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF OHIO, SUGGESTED TRANSFEREE JDUGE: THOMAS D. LAMBROS (rh) |
| 85/11/25 | | APPEARANCES: NED L. MANN, ESQ. for Diana L. Shaffer, et al.; R. ALEXANDER HULTEN, ESQ. for Victory Carriers, Inc., Maritime Overseas Corp., Platte Transport, Inc., OMI Corp., ISCO, Inc.; WILLIAM D. BONEZZI, ESQ. for Anchor Packing Co., Plibrico Co.; MARTIN J. MURPHY, ESQ. for Eagle Picher Corp.; IRWIN S. HAIMAN, ESQ. for American Ship Bldg. Co.; JOHN W. OURS, ESQ. for Allied Insulation Supply Co., Illinois Insulation & Construction Co.; MITCHEL B. AXLER, ESQ. for The Bethlehem Steel, Kaiser Aluminum & Chemical Corp.; RONALD S. KOPP, ESQ. for Babcock & Wilcox Co.; MATTHEW C. O'CONNELL, ESQ. for Cities Service Oil & Gas Corp.; GREGORY G. BARAN, ESQ. for Jno. Disch Co. (rh) |
| 85/11/26 | | APPEARANCE -- Marlene W. Jackson for Aluminum Company of America. (paa) |
| 85/11/26 | 2 | REQUEST FOR EXTENSION OF TIME -- Victory Carriers, Inc., Maritime Overseas Corp., ISCO, Inc., Omi Corp. and Platt Transportation, Inc. -- GRANTED TO ALL PARTIES TO AND INCLUDING December 6, 1985 -- Notified involved counsel. (paa) |
| 85/11/29 | | APPEARANCE: Michael M. Hughes, Esq. for George Worthington Co. (rh) |
| 85/11/29 | 3 | RESPONSE -- (to pldg. #1) Garlock Inc. -- w/cert. of svc. (rh) |
| 85/11/29 | 4 | RESPONSE -- (to pldg. #1) Eagle Picher -- w/cert. of svc. (rh) |
| 85/12/05 | 5 | RESPONSE -- (to pldg. #1) Victory Carriers, Inc., Maritime Overseas Corp., Omi Corp., and Isco., Inc., w/cert. svc. (paa) |
| 85/12/05 | | APPEARANCE -- JAMES P. CONROY, ESQ. for J.J. Moroney & Co. (paa) |
| 85/12/09 | | CERTIFICATE OR SERVICE (for pldg. #1) -- certify that counsel in pldg. #1 were served -- filed by Ned L. Mann (attached to pldg. #1) (ds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 676 -- In re Ship Asbestos Products Liability Litigation (No. III)

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/09 | 6 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- for transfer of A-3 thru A-5 actions for pretrial proceedings pursuant to 28 U.S.C. §1407 -- filed by pltf. Kathleen D. Jay -- SUGGESTED TRANSFEREE DISTRICT: N.D. Ohio -- SUGGESTED TRANSFEREE JUDGE: Hon. Thomas D. Lambros w/cert. of svc. (ds) |
| 85/12/11 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 85/12/16 | | AMENDMENT TO HEARING ORDER FILED ON DEC. 11, 1985 -- Setting motion to transfer (A-3 - A-5 Jay Motion) for Panel Hearing on January 23, 1986 in Miami, Florida (rh) |
| 85/12/17 | 7 | RESPONSE -- (to pldg. #6) from defts., Celotex Corporation, et al, with certificate of service. (paa) |
| 85/12/19 | | APPEARANCE: NED L. MANN, ESQ. FOR Kathleen D. Jay, et al.; WILLIAM VISCOMI, ESQ. for Bearing Headquarters Co., Inc.; MARTIN J. MURPHY, ESQ. for Celotex Corp., Fiberboard Corp., Owens-Corning Fiberglas Corp., Pittsburgh Corning Corp., Armstrong World In Ind., Inc., Keene Corp., Owens-Illinois, Inc., ACandS, Inc., H.K. Porter Co., Inc.; MICHAEL HUGHES, ESQ. for The Geo. Worthington Co.; MARK K. McNALLY, ESQ. FOR U.S. Steel Corp.; WILLIAM D. BONEZZI, ESQ. for A.W. Chesterton Co.; ROBERT D. ARCHIBALD, ESQ. for Lakeshore Engineering, Inc.; DEBORAH COLEMAN, ESQ. FOR Northern Engineering Corp.; JAMES BARNHOUSE, ESQ. FOR Mau-Sherwood Supply Co.; JOHN S. POLITO, ESQ. for Parker Sales Corp.; THOMAS MURPHY, ESQ. for American Steamship Co., Oglebay Norton Co., and Cleveland-Cliffs Iron Co.; MATTHEW C. O'CONNELL, ESQ. for Miles Rubber & Packing Co. (cds) |
| 85/12/20 | | APPEARANCES: THOMAS CURRAN, ESQ. for Rockwell International Corp.; HERBERT B. CONNER, ESQ. for Shields Midwestern, Inc.; MICHAEL B. SCHWARTZ, ESQ. FOR Raymond Industries, Inc. (cds) |
| 85/12/20 | 8 | RESPONSE -- (to pldg. #6) Third Party Defts. Anchor Packing Co., A.W. Chesterton, Co. & Plibrico Co. With certificate of service. (paa) |
| 85/12/23 | 9 | RESPONSE -- Defts. Victory Carriers, Inc., Sequoia Tankers, Inc., OMI Corp. and ISCO, Inc. -- w/cert. of service (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 676 -- In re Ship Asbestos Products Liability Litigation (No. III)

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/12/23 | 10 | RESPONSE -- (to pldg. #6) Deft. W.M. Pattison Supply Co. -- w/cert. of svc. (rh) |
| 85/12/23 | | APPEARANCE: VIRGINIA S. BROWN, ESQ. for Garlock, Inc. (cds) |
| 85/12/26 | 11 | RESPONSE -- GAF CORPORATION (to Pldg. #6) w/cert. of svc. (rew) |
| 85/12/26 | 12 | RESPONSE -- (to Pldg. #6) Deft. American Ship Building Co. -- w/cert. of svc. (rh) |
| 85/12/27 | | APPEARANCE: RANDALL L. SOLOMON, ESQ. for GAF Corp. |
| 86/01/06 | 13 | RESPONSE (to Pldg. #6) -- deft. Standard Insulations, Inc. -- w/cert. of service (cds) |
| 86/01/07 | 14 | RESPONSES (to Pldgs. #1 and #6) -- deft. Bearing Headquarters Co., Inc. -- w/cert. of service (cds) |
| 86/01/07 | | APPEARANCE: SANDRA F. CLARK, ESQ. FOR Standard Insulations, Inc. (cds) |
| 86/01/09 | | APPEARANCE: McMASTER-CARR SUPPLY CO. rep. by Robert Rutter, Esq. (cds |
| 86/01/09 | 15 | RESPONSE -- Third party defendant McMaster-Carr Supply Co. -- w/cert. of service (cds) |
| 86/01/22 | | APPEARANCE: WILLIAM G. COMPTON, ESQ. for Mink-Dayton, Inc. (cds) |
| 86/01/23 | | HEARING APPEARANCES FOR ORAL ARGUMENT ON 1/23/86 MIAMI, FLORIDA -- Ned L. Mann for Diana E. Shaffer, et al. and Kathleen D. Jay, et al.; Martin J. Murphy for Fibreboard Corp. Owens-Cornign Fiberglas, Corp., Eagle-Picher Ind., Inc., Pittsburgh Corning Corp., Armstrong World Ind., Inc., Keene Corp., Owens-Illinois, Inc. ACandS, Inc., H.K. Porter, Inc.; Sandra F Clark, Esq. for Standard Insulations, Inc.; R. A. Hulton for Victory Carriers, ISCO, Inc., OMI Corp., Sequoia Tankers, Inc. and Maritime Overseas Corp.; Randall L. Solomon for GAF Corp. (rew) |

| | |
|---|---|
| 86/01/23 | WAIVERS OF ORAL ARGUMENT FOR HEARING ON 1/23/86 MIAMI, FLORIDA -- Harry A. Hanna, Esq. for Parker Seal Co.; Mitchel B. Axler, Esq. for Bethlehem Steel Corp. and Kaiser Aluminim & Chemical Corp.; Thomas O. Murphy for Cleveland-Cliffs Iron Co., Oglebay Norton Co., American Steamship Co.;Robert P. Rutter, Esq, for McMaster-Carr Supply Co.; John Cranw-Houdaille, Inc.; James P. Conroy for J. J. Moroney & Co.;William D. Bonezzi, Esq. for Anchor Packing Co. A. W. Chesterton Co. and Plibrico Co.; Irwin S. Haiman for The American Ship Building Co.; Northern Engineering Corp.; Babcock & Wilcox Co.; Aluminum co. of America; Michael B. Schwartz for Raymark Ind., Inc.; James W. Barnhouse for Mau-Sherwood Supply Co.; Argo International; Stephen H. Daniels for Garlock, Inc.; John S. Polito, Esq. for Parker Sales Corp.; Matthew C. O'Connell for Cities Service Oil & Gas. (rew) |
| 86/02/04 | ORDER DENYING TRANSFER FILED TODAY -- Denial of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, misc. recipients, clerks and judges (tmq) |

JPML Form 1

Revised: 8/78

DOCKET NO. 676 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 1/23/86 Miami, Fla. | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 2/3/86 | mo | unpublished | | | |

Special Transferee Information

DATE CLOSED: February 4, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Diana E. Shaffer, etc. v. Victor Carriers, Inc., et al. | N.Y.,S. Weinfeld | 85-Civ-6158 | | | | |
| A-2 | Diana E. Shaffer, etc. v. United States Steel Corp., et al. | Ohio,N. Lambros | C-85-959 | | | | |
| A-3 | Kathleen D. Jay v. Celotex Corp., et al. | Tex.,N. Fisher | B-84-619-CA | | | | |
| A-4 | Kathleen D. Jay, et al. v. OMI Corp., et al. | N.Y.,S. Ward | 85-Civ-7017 | | | | |
| A-5 | Kathleen D. Jay, et al. v. Cleveland Cliffs Iron Co., et al. | Ohio,N. Lambros | C85-2426 | | | | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 676 -- In re Ship Asbestos Products Liability Litigation (No. III)

---

DIANA L. SHAFFER, ET AL. (A-1 - A-2)
KATHLEEN D. JAY, ET AL. (A-3 - A-5)
Ned L. Mann, Esq.
410 Hanna Building
Cleveland, OH 44115-1997

SEQUOIA TANKERS, INC.
VICTORY CARRIERS, INC.
MARITIME OVERSEAS CORP.
PLATTE TRANSPORT, INC.
OMI CORP.
ISCO, INC.
R. Alexander Hulten, Esq.
Kirlin, Campbell & Keating
14 Wall Street
New York, NY 10005

A.W. CHESTERTON CO.
ANCHOR PACKING CO.
PLIBRICO CO.
William D. Bonezzi, Esq.
Jacobson, Maynard, Tuschman
  & Kalur Co.
100 Erieview Plaza
14th Floor
Cleveland, OH 44114

CELOTEX CORP.
FIBERBOARD CORP.
OWENS-CORNING FIBERGLAS CORP.
EAGLE-PICHER INDUSTRIES, INC.
PITTSBURGH CORNING CORP.
ARMSTRONG WORLD INDUSTRIES, INC.
KEENE CORP.
OWENS-ILLINOIS, INC.
ACandS, INC
H.K. PORTER CO., INC.
Martin J. Murphy, Esq.
Davis & Young Co., L.P.A.
816 Engineers Bldg.
Cleveland, OH 44114

AMERICAN SHIP BUILDING CO.
Irwin S. Haiman, Esq.
McCarthy, Lebit, Crystal & Haiman Co.
900 Illuninating Building
Cleveland, OH 44113

ALLIED INSULATION SUPPLY CO.
ILLINOIS INSULATION & CONSTRUCTION CO.
John W. Ours, Esq.
Weston, Hurd, Fallon, Paisley & Howley
2500 Terminal Tower
Cleveland, OH 44113

THE BETHLEHEM STEEL CORP.
KAISER ALUMINUM & CHEMICAL CORP.
Mitchel B. Axler, Esq.
Squire, Sanders & Dempsey
1800 Huntington Bldg.
Cleveland, OH 44115

ALUMINUM CO. OF AMERICA
Marlene W. Jackson, Esq.
Aluminum Company of America
1352 Alcoa Building
Pittsburgh, PA 15219

BABCOCK & WILCOX CO.
Ronald S. Kopp, Esq.
Roetzel & Andress
75 East Market Street
Akron, OH 44308

BEARING HEADQUARTERS CO., INC.
William A. Viscomi, Esq.
Gallagher, Sharp, Fulton & Norman
Sixth Floor - Bulkley Building
Cleveland, OH 44115

CITIES SERVICE OIL & GAS CORP.
Matthew C. O'Connell, Esq.
Reminger & Reminger
300 Leader Bldg.
Cleveland, OH 44114

THE GEO. WORTHINGTON CO.
Michael M. Hughes, Esq.
Thompson, Hine and Flory
1100 National City Bank Bldg.
Cleveland, OH 44114

GARLOCK, INC.
Virginia S. Brown, Esq.
Thompson, Hine and Flory
1100 National City Bank Bldg.
Cleveland, OH 44114

J.J. MORONEY
James P. Conroy, Esq.
Porter, Wright, Morris & Arthur
1500 Huntington Bldg.
Cleveland, OH 44115

JAMAR CO. (No App. rec'd) ~asked to be removed~
365 South 1st Avenue
Duluth, MN

JNO. J. DISCH CO.
Gregory G. Baran, Esq.
Baran & Baran Co.
500 Richland Trust Bldg.
Mansfield, OH 44902

UNITED STATES STEEL CORP.
Mark K. McNally, Esq.
United States Steel Corp.
600 Grant Street, Rm. 1501
Pittsburgh, PA 15230

LAKESHORE ENGINEERING, INC.
Robert D. Archibald, Esq.
McNeal, Schnick, Archibald &
  Biro Co., L.P.A.
Tenth Floor
The Illuminating Bldg.
Cleveland, OH 44113

NORTHERN ENGINEERING CORP.
Deborah A. Coleman, Esq.
Hahn, Loeser, Freedheim, Dean & Wellman
800 National City E. 6th Bldg.
Cleveland, OH 44114

MAU-SHERWOOD SUPPLY CO.
James W. Barnhouse, Esq.
1305 Superior Bldg.
815 Superior Ave., N.E.
Cleveland, OH 44114

PARKER SALES CORP.
John S. Polito, Esq.
Frutig, Polito & Travis Co., L.P.A.
1142 Hanna Building
Cleveland, OH 44115

AMERICAN STEAMSHIP CO.
OGLEBAY NORTON CO.
CLEVELAND-CLIFFS IRON CO.
Thomas O. Murphy, Esq.
Thompson, Hine and Flory
1100 National City Bank Bldg.
Cleveland, OH 44114

MILES RUBBER & PACKING CO.
Matthew C. O'Connell, Esq.
Reminger & Reminger Co., L.P.A.
300 Leader Bldg.
Cleveland, OH 44114

| | |
|---|---|
| FORTY EIGHT INSULATION, INC.<br>Terry John Malik, Esq.<br>Nachman, Munitz & Sweig, Ltd.<br>115 South LaSalle Street .W<br>Chicago, IL 60603<br><br>RAYMARK INDUSTRIES, INC.<br>Michael B. Schwartz, Esq.<br>Butler & Binion<br>1600 Allied Bank Plaza<br>1000 Louisiana Street<br>Houston, TX 77002<br><br>GAF CORPORATION<br><br>Randall L. Solomon, Esquire<br>3200 National City Center<br>Cleveland, OH 44114<br><br>STANDARD INSULATIONS, INC.<br>Sandra F. Clark, Esq.<br>Mehaffy, Weber, Keith & Gonsoulin<br>Interfirst Tower<br>Post Office Box 16<br>Beaumont, TX 77704<br><br>COSCOL MARINE INC.<br>Agent for service<br>C T Corporation System<br>811 Dallas Avenue<br>Houston, TX 77002<br><br>WATERMAN STEAMSHIP CORP.<br>120 Wall Street<br>New York, NY 10005 | UNABLE TO DETERMINE ADDRESS OR COUNSEL:<br><br>GREAT LAKES STEAMSHIP CO.<br>OVERSEAS CARRIERS CORP.<br>OCEAN CARRIERS, INC.<br>SEA TRANSPORT CORP.<br>UNITED STATES PETROLEUM CARRIEERS<br>WESTERN ASBESTOS<br>TOUREST SHIPPING CORP.<br>COSMOS SHIPPING CO., INC.<br>UNITED STATES PETROLEUM CARRIERS, INC.<br>SEA TRANSPORT CORP.<br>MOUNT EVANS STEAMSHIP CO.<br>CAPER TRADING CO., INC.<br>TEMLINSON FLEET CORP.<br>WILSON TRANSIT CO.<br>~~OCCIDENTIAL PETROLEUM CORP.~~<br>CROSSROAD SALES<br>WESTERN ASBESTOS<br>COMBUSTION ENGINEERING, INC.<br>~~SEQUOIA TANKERS, INC.~~<br><br>SHIELDS MIDWESTERN, INC.<br>Herbert B. Conner, Esq.<br>Dickie, McCamey & Chilcote, P.C.<br>Two PPG Place - Suite 400<br>Pittsburgh, PA 15222<br><br>ROCKWELL INTERNATIONAL CORP.<br>Thomas P. Curran, Esq.<br>1300 Illuninating Bldg.<br>Cleveland, OH 44113<br><br>McMASTER-CARR SUPPLY COMPANY<br>Robert P. Rutter, Esq.<br>Ulmer, Berne, Laronge, Glickman<br>  & Curtis<br>900 Bond Court Building<br>Cleveland, OH 44114<br><br>MINK-DAYTON<br>William G. Compton, Esq.<br>Smith & Schnacke<br>2000 Courthouse Plaza, N.E.<br>Post Office Box 1817<br>Dayton, OH 45402 |

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _676_ -- _In re Ship Asbestos Products Liability Litigation (No. III)_

| Name of Party | Named as Party in Following Actions |
|---|---|
| Victor Carriers, Inc. | A-1, A-4 |
| Maritime Overseas Corp. | A-1 |
| ~~Fairfield Steamship~~ Co. / Corr returned | A-1 |
| Ocean Carriers Inc. | A-1 |
| Overseas Carriers Corp. | A-1 |
| Isco, Inc. | A-1, A-4 |
| United States Petroleum Carriers, Inc. | A-1 |
| Platte Transport, Inc. | A-1 |
| Sea Transport Corp. | A-1, A-4 |
| United States Steel Corp. c/o Prentice Hall Corp. | A-2 |
| Bethlehem Steel Corp. | A-2 |

| Company | |
|---|---|
| Occidental Petroleum Corp. *proper name (Cities Service below)* | A-2 |
| Aluminum Co. of America | A-2 |
| American Ship Bldg. Co. | |
| Cities Service Oil & Gas Corp. | A-2 |
| JNO. J. Disch Co. | A-2 |
| Bearing Headquarters Co. | |
| Garlock, Inc. | A-2 |
| Kaiser Aluminum & Chemical Corp. | |
| Filbrico Sales & Service Co. | |
| Eagle Picher Industries, Inc. | A-2/A-5 |
| Babcock & Wilcox Co. | |

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 676 -- In re Ship Asbestos Products Liability Litigation (No. III)

| Name of Party | Named as Party in Following Actions |
|---|---|
| Anchor Packing Co. | |
| Allied Insulation Supply Co. | |
| Illinois Insulation & Construction Co. | |
| George Worthington Co. | |
| J. J. Moroney | |
| Crossroad Sales | |
| Jamar Co. | |
| Western Asbestos | |
| Fiberboard Corp. | A-3 |
| Celotex Corp. | A-3 |
| Combustion Engineering, Inc. | A-3 |

| | |
|---|---|
| Owens-Corning Fiberglas Corp. | A-3 |
| Pittsburgh Corning Corp. | A-3 |
| GAF Corp. | A-3 |
| Armstrong World Industries, Inc. | A-3 |
| Standard Insulations, Inc. | A-3 |
| Keene Corp. | A-3 |
| Forty-Eight Insulation, Inc. | A-3 |
| Owens-Illinois, Inc. | A-3 |
| Raymark Industries, Inc. | A-3 |
| AC and S, Inc. | A-3 |
| H.K. Porter Co., Inc. | A-3 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 676 --

| Name of Party | Named as Party in Following Actions |
|---|---|
| OMI Corp. | A-4 |
| Cosmos Shipping Co., Inc. | A-4 |
| Coscol Marine, Inc. | A-4 |
| Sequoia Tankers, Inc. | A-4 |
| Tourist Shipping Corp. | A-4 |
| Mount Evans Steamship Co. | A-4 |
| ~~Waterman Steamship Corp.~~ Bankrupt | ~~A-7~~ |
| Caper Trading Co., Inc. | A-4 |
| Cleveland Cliffs Iron Co. | |
| U.S. Steel Corp. | |
| American Steamship Co. | |

| | |
|---|---|
| Oglebay Norton Co. | A-5 |
| Tomlinson Fleet Corp. | A-5 |
| Wilson Transit Co. | A-5 |
| Great Lakes Steamship Co. | A-5 |
| Kinsman Co. | A-5 |
| McMasters-Carr Supply Co. - 3rd Party dept | |
| print Dayton | A-5 |
| | |
| | |
| | |
| | |